# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| U.S. Government<br>Ex-Rel: Robert Allen Rytlewski, Relator<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>COUNTY OF BAY<br>(D-U-N-S number: 072781412)<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case: 1:19-cv-11243<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 04-24-2019 At 10:46 AM<br>CMP RYTLEWSKI v COUNTY OF BAY (dat)<br><br>Jury Trial: *(check one)* ☐ Yes ☑ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robert Allen Rytlewski |
| Address | 10955 14 Mile Rd NE , Unit 55 |
| | Rockford, MI 49341 |
| | *City* *State* *Zip Code* |
| County | Kent County Michigan United States |
| Telephone Number | 001 616-712-6179 |
| E-Mail Address | robbryder@aol.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | COUNTY OF BAY |
| Job or Title *(if known)* | |
| Address | 515 Center Ave Ste 401 |
| | Bay City, MI 48708 |
| | *City* *State* *Zip Code* |
| County | Bay County Michigan United States |
| Telephone Number | 989 895-4130 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity [✓] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City* *State* *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

                                          City           State          Zip Code

    County
    Telephone Number
    E-Mail Address *(if known)*

    [ ] Individual capacity    [ ] Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

                                          City           State          Zip Code

    County
    Telephone Number
    E-Mail Address *(if known)*

    [ ] Individual capacity    [ ] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violation of:
Fourteenth Amendment to the United States Constitution : U.S. citizenship automatically granted to any person born within and subject to the jurisdiction of the United States.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

COUNTY OF BAY is a business (Dun and Bradstreet Number: 072781412), it is not an administrative subdivision of Michigan. Its officers did not recite the oath of office mandated by the Constitution of Michigan of 1963, nor subscribe by full legal name. COUNTY OF BAY operates in violation of The Michigan Penal Code (Act 328 of 1931) Chapter XXXV FALSE PERSONATION. (750.217c Legal process; impersonation, false representation, or action as public officer or employee)

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Bay County Michigan United States

B. What date and approximate time did the events giving rise to your claim(s) occur?
October 7 1958

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

According to a certain CERTIFIED COPY OF RECORD OF BIRTH the "Clerk of the County of Bay and Circuit Court thereof" certified (swore) that the record of birth of ROBERT ALLEN RYTLEWSKI (and the whole thereof) is remaining in the clerk's office as RECORD: 2137; LIBER: F; PAGE: 2137; with a DATE OF RECORD of Oct. 7, 1958. (copy included with complaint)

This official record evidences Bay City, Michigan United States as Birth Place; the Date of Birth of Robert Allen Rytlewski as Sept. 5 1958; and the creation of the record on 29 July 1963.
This official record evidences that the birth record of Robert Allen Rytlewski was NOT made known to the United States as proof and evidence that Robert Allen Rytlewski is subject to the United States by birth and entitled to American National nationality.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

By malfeasance act the Clerk concealed the whole birth record in his office and did not inform the United States of its newborn subject. United States was denied a subject, while the Relator was denied his American National nationality and ownership rights, titles and interest in private property in the United States due a U.S. citizen.

Accounts and records have been concealed from the Plaintiff, Relator, and the World that Robert Allen Rytlewski is a U.S. citizen subject to the United States.

Relator is denied his internationally recognized venue "United States" and Plaintiff is denied the sovereign's taxes from its subject as defined by the Constitution of the United States and Act of Congress.

Relator's right of self-determination to be recognized as a U.S. citizen is denied him by COUNTY OF BAY, STATE OF MICHIGAN, UNITED STATE OF AMERICA (a foreign venue with no authority in the United States)

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff and Relator claim writ of right and seek a complete remedy in equity to cure defects in the common law causing this deprivation of rights under color of law, and the cutting of the Gordian knot of constructive trust that cloud the rights titles and interest in real and personal property of the Relator in the United States.

Certify Robert Allen Rytlewski's nationality as an American National and provide Passport and ID of the same; render an account on Robert Allen Rytlewski's unliquidated estate; sell the same (paid in legal tender), offset any debts owed by Robert Allen Rytlewski to the United States and deposit the balance of the sale into a national bank / treasury of the United States in the name of the Relator for his private use and enjoyment. Provide form of access in the name of the Relator consistent with the laws of the United States.

Revoke any charter whose authority is being usurped by County of Bay; and condemn the assets of County of Bay to the United States.

All other relief the court deems just.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/17/2019

Signature of Plaintiff: Robert Allen Rytlewski

Printed Name of Plaintiff: Robert Allen Rytlewski, Relator

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                               City          State      Zip Code

Telephone Number
E-mail Address

# CERTIFICATE OF LIVE BIRTH

**MICHIGAN DEPARTMENT OF HEALTH**
Vital Records Section

STATE OF MICHIGAN - MONTCALM COUNTY
Received 06/19/2012 10:48:04 AM
Processed 06/19/2012 10:50:20 AM  1 of 1
LORI A. WILSON, REGISTER OF DEEDS

BIRTH No. 121—

Local File No. 2132

| Field | Value |
|---|---|
| 1. PLACE OF BIRTH – a. County | BAY |
| b. City or Village | BAY CITY |
| c. Full Name of Hospital or Institution | BAY OSTEOPATHIC HOSPITAL |
| 2. USUAL RESIDENCE OF MOTHER – a. State | MICHIGAN |
| b. County | BAY |
| c. Township, City or Village | AUBURN |
| d. Is Residence within limits of a city or incorporated village | Yes X  No ☐ |
| e. Mailing Address | 4824 FRANKLIN ST.; AUBURN |
| 3. CHILD'S NAME | Robert Allen Rytlewski |
| 4. SEX | Male |
| 5a. This Birth | Single |
| 6. DATE OF BIRTH | Sept. 5 1958 |

**FATHER OF CHILD**

| | |
|---|---|
| 7. Full Name | Delbert Chester Rytlewski |
| 8. Color or Race | White |
| 9. Age | 28 years |
| 10. Birthplace | Michigan |
| 11a. Usual Occupation | Clerk |
| 11b. Kind of Business or Industry | Dow Corning |

**MOTHER OF CHILD**

| | |
|---|---|
| 12. Full Maiden Name | Elsie Mae Dorcey |
| 13. Color or Race | White |
| 14. Age | 28 years |
| 15. Birthplace | Michigan |
| 16a. How many OTHER children are now living | 2 |
| 16b. How many OTHER children were born alive but are now dead | 0 |
| 16c. How many other children were stillborn | 0 |

17. INFORMANT'S NAME: Elsie Mae Dorcey Rytlewski

I hereby certify that I attended the birth of this child who was born alive on the date stated above.

18a. Signature: Robert V. Keyes, D.O.
18b. Attendant at Birth: D.O. X
18c. Address: 937 E. Midland R., Auburn, Mich.

19. DATE RECEIVED BY LOCAL REGISTRAR: Sept. 18, 1958
20. REGISTRAR'S SIGNATURE: James H. Gates

LIBER 1547  PAGE 0997

---

**CERTIFIED COPY OF RECORD**

STATE OF MICHIGAN,
Bay County } ss.
Bay City, Michigan

I, STEVEN TOTH, Clerk of the County of Bay, and of the Circuit Court thereof, the same being a Court of Record having a Seal, do hereby certify that the following is a true copy of the above record now remaining in my office, and of the whole thereof, viz:

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Circuit Court the 22nd day of OCTOBER A.D. 1984

Steven Toth, County Clerk

RELATORS RE: JR 14-19

| LIBER 1513 | PAGE 0819 | 1 | | STATE OF MICHIGAN - MONTCALM COUNTY Received 07/01/2011 01:12:35 PM Processed 07/01/2011 01:13:21 PM 1 of 1 LORI A. WILSON, REGISTER OF DEEDS |

STATE OF MICHIGAN, } ss.
County of Bay

**CERTIFIED COPY OF RECORD OF BIRTH**

I, STEVEN TOTH, Clerk of the County of Bay and of the Circuit Court thereof, the same being a Court of Record having a seal, do hereby certify that the following is a copy of the record of birth of.......... ROBERT ALLEN RYTLEWSKI ..........
.......... now remaining in my office, and of the whole thereof, viz:

**CHILD**

| DATE OF BIRTH | | | SURNAME AND CHRISTIAN NAME, IF ONE BE GIVEN | SEX | COLOR |
|---|---|---|---|---|---|
| Month | Date | Year | | | |
| Sept. | 5 | 1958 | RYTLEWSKI, ROBERT ALLEN | M | W |

| BIRTH PLACE | RECORD NO. | LIBER | PAGE NO. | DATE OF RECORD |
|---|---|---|---|---|
| Bay City, Michigan | 2137 | F | 2137 | Oct. 7, 1958 |

**PARENTS**

| FULL NAME OF EACH | RESIDENCE | BIRTH PLACE OF EACH |
|---|---|---|
| Delbert Chester Rytlewski | Auburn, Michigan | Michigan |
| Elsie Mae Dorcey | Auburn, Michigan | Michigan |

Occupation of Father.......... Clerk ..........

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Circuit Court, the 29th day of July A.D., 19 63.

STEVEN TOTH, County Clerk

.......... Deputy Clerk

# United States District Court for the
# Eastern District of Michigan

## Praecipe to Clerk of Court

Re: United States (U.S. Government) COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Clerk of Court, I am Robert Allen Rytlewski, Relator for the United States the plaintiff on this civil rights violation complaint that offend the laws of the United States. On behalf of the United States enter this matter into the district court for a district court judges review.

*Robert Allen Rytlewski*
Signature of Relator
Robert Allen Rytlewski, Relator
10955 14 Mile Rd NE, Unit 55
Rockford MI 49341
United States
Phone: 001 616 712-6179

Case: 1:19-cv-11243
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 04-24-2019 At 10:46 AM
CMP RYTLEWSKI v COUNTY OF BAY (dat)

Case: 1:19-cv-11243
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 04-24-2019 At 10:46 AM
CMP RYTLEWSKI v COUNTY OF BAY (dat)

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
U.S. Government
Robert Allen Rytlewski, Relator

**ORIGINAL**

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001   Phone: 202-514-2000

## DEFENDANTS
COUNTY OF BAY

County of Residence of First Listed Defendant   Bay County Michigan
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
CORPORATION COUNSEL
515 Center Avenue, Suite 402
Bay City, Michigan 48708-5941

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question *(U.S. Government Not a Party)*
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983 Civil action for deprivation of rights
Brief description of cause:
Trespass on the Case: Malfeasance

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE: 04/17/2019
SIGNATURE OF ATTORNEY OF RECORD: *Robert Allen Rytlewski*

**FOR OFFICE USE ONLY**
RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?     ☐ Yes ☐ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2.        Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes ☐ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

Notes :


