# The United States District Court for the
# Eastern District of Michigan

| | |
|---|---|
| Robert Allen Rytlewski<br>        Plaintiff<br>v.<br>COUNTY OF BAY<br>        Defendants | **Civil Action No. 1:19CV11243**<br>Honorable Thomas L. Ludington<br><br>Magistrate Judge Patricia T. Morris<br><br>**"Claim of Unconstitutionality"** |

Re: Petition for Rule 57 Declaratory Judgment in accordance with Federal Rules of Civil Procedure

## Motion for Rule 57 Declaratory Judgment

Plaintiff petitions for relief by declaratory judgment under 28 U.S.C. §2201 to "terminate the controversy" giving rise to these proceedings with further relief in accordance with 28 U.S.C. §2202.

Petitioner provides as an exhibit an image of a record of a court of record that certifies the "whole" record of birth of Robert Allen Rytlewski remains in the office of the Clerk of the County of Bay and the Circuit Court thereof.

FILED MAY 09 2019 CLERK'S OFFICE DETROIT

Robert Allen Rytlewski   Date: 5/5/2019
Signature of Plaintiff

Robert Allen Rytlewski, Relator
10955 14 Mile Rd NE, Unit 55
Rockford MI 49341
Kent County, Michigan United States
Phone: 616-712-6179
Email: RobbRyder@aol.com

POOR QUALITY ORIGINALS

EXHIBIT

LIBER 1513 PAGE 0819

STATE OF MICHIGAN - MONTCALM COUNTY
Received 07/01/2011 01:12:35 PM
Processed 07/01/2011 01:13:21 PM  1 of 1
LORI A. WILSON, REGISTER OF DEEDS

STATE OF MICHIGAN, } ss.
County of Bay

**CERTIFIED COPY OF RECORD OF BIRTH**

I, STEVEN TOTH, Clerk of the County of Bay and of the Circuit Court thereof, the same being a Court of Record having a seal, do hereby certify that the following is a copy of the record of birth of........ROBERT ALLEN RYTLEWSKI........now remaining in my office, and of the whole thereof, viz:

**CHILD**

| DATE OF BIRTH | | | SURNAME AND CHRISTIAN NAME, IF ONE BE GIVEN | SEX | COLOR |
|---|---|---|---|---|---|
| Month | Date | Year | | | |
| Sept. | 5 | 1958 | RYTLEWSKI, ROBERT ALLEN | M | W |

| BIRTH PLACE | RECORD NO. | LIBER | PAGE NO. | DATE OF RECORD |
|---|---|---|---|---|
| Bay City, Michigan | 2137 | F | 2137 | Oct. 7, 1958 |

**PARENTS**

| FULL NAME OF EACH | RESIDENCE | BIRTH PLACE OF EACH |
|---|---|---|
| Delbert Chester Rytlewski | Auburn, Michigan | Michigan |
| Elsie Mae Dorcey | Auburn, Michigan | Michigan |

Occupation of Father............Clerk............

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Circuit Court, the 29th day of July A.D., 19 63.

STEVEN TOTH, County Clerk

............Deputy Clerk

## CERTIFICATE OF LIVE BIRTH

MICHIGAN DEPARTMENT OF HEALTH
Vital Records Section

STATE OF MICHIGAN - MONTCALM COUNTY
Received 06/19/2012 10:48:04 AM
Processed 06/19/2012 10:50:20 AM  1 of 1
LORI A. WILSON, REGISTER OF DEEDS

BIRTH No. 121—

Local File No. 2132

**1. PLACE OF BIRTH**
a. COUNTY: BAY
b. CITY OR VILLAGE: BAY CITY
c. FULL NAME OF HOSPITAL OR INSTITUTION: BAY OSTEOPATHIC HOSPITAL

**2. USUAL RESIDENCE OF MOTHER**
a. STATE: MICHIGAN
b. COUNTY: BAY
c. TOWNSHIP, CITY OR VILLAGE: AUBURN
d. Is Residence within limits of a city or incorporated village? Yes ☒ No ☐
e. MAILING ADDRESS: 4824 FRANKLIN ST.; AUBURN

**3. CHILD'S NAME**
a. (First): ROBERT
b. (Middle): ALLEN
c. (Last): RYTLEWSKI

**4. SEX:** Male
**5a. THIS BIRTH:** Single
**6. DATE OF BIRTH:** Sept. 5, 1958

### FATHER OF CHILD

**7. FULL NAME:** Delbert Chester Rytlewski
**8. COLOR OR RACE:** White
**9. AGE:** 28 YEARS
**10. BIRTHPLACE:** Michigan
**11a. USUAL OCCUPATION:** Clerk
**11b. KIND OF BUSINESS OR INDUSTRY:** Dow Corning

### MOTHER OF CHILD

**12. FULL MAIDEN NAME:** Elsie Mae Dorcey
**13. COLOR OR RACE:** White
**14. AGE:** 28 YEARS
**15. BIRTHPLACE:** Michigan
**16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER:**
a. How many OTHER children are now living? 2
b. How many OTHER children were born alive, but are now dead? 0
c. How many children were stillborn? 0

**17. INFORMANT'S NAME:** Elsie Mae Dorcey Rytlewski

**18a. SIGNATURE:** Robert V. Keyes, D.O.
**18b. ATTENDANT AT BIRTH:** D.O. ☒
**18c. ADDRESS:** 237 W. Midland R., Auburn, Mich.

**19. DATE RECEIVED BY LOCAL REGISTRAR:** Sept. 12, 1958
**20. REGISTRAR'S SIGNATURE:** James H. Gates

LIBER 1547   PAGE 0997

---

STATE OF MICHIGAN,
Bay County } ss.
Bay City, Michigan

**CERTIFIED COPY OF RECORD**

I, STEVEN TOTH, Clerk of the County of Bay, and of the Circuit Court thereof, the same being a Court of Record having a Seal, do hereby certify that the following is a true copy of the above record now remaining in my office, and of the whole thereof, viz:

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Circuit Court the 22nd day of OCTOBER A.D. 1984

Steven Toth, County Clerk