

# The United States District Court for the
# Eastern District of Michigan

Robert Allen Rytlewski
Plaintiff

v.

COUNTY OF BAY
Defendants



)
)
)
)
)
)
)

<u>Civil Action No. 1:19CV11243</u>
Honorable Thomas L. Ludington

Magistrate Judge Patricia T. Morris

**"Claim of Unconstitutionality"**

## Motion for Rule 20 Joinder of Parties

Petitioner as relator for the United States motions this Court for the joinder of the United States as Plaintiff in this matter and the Court relive the relator of the paying any cost/fee for this proceeding.

The issue of the allegation is whether or not the Defendant violated the Constitution of the United States. Such a violation is an offense against the sovereignty of the United States requiring a United States attorney prosecute in the name of the United States.

Petitioner is a Veteran of the United States Armed Forces who is still bound by his oath of enlistment and still subject to the Uniform Code of Military Justice. As such the Petitioner is a competent witness from the Government of the United States, but he is not a United States Attorney. Petitioner believes it is the duty of the United States Department of Justice to defend the Constitution of the United States and prosecute this issue on behalf of the United States.

With the United States as plaintiff there is no cost to its relator for opening the case and relator ask this Court to relieve him of this unjust burden to pay a fee for defending the United States.

*Robert Allen Rytlewski*      Date: *5/21/2019*
Signature of Plaintiff

Robert Allen Rytlewski, Relator
10955 14 Mile Rd NE, Unit 55
Rockford MI 49341
Kent County, Michigan United States
Phone: 616-712-6179
Email: RobbRyder@aol.com

Robert Allen Rytlewski
10255 14 mile RD NE
Witness
Rockford MI 49341

RECEIVED
MAY 2 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 913
BAY CITY MI 48707

5/21/9

48707-091313

RECEIVED
MAY 23 2019
U.S. DISTRICT COURT
BAY CITY, MICHIGAN